# Rarden Mercantile Co. *v.* Hart.

### *Assumpsit.*

(Decided May 21, 1914.   65 South. 327.)

*Corporations; Default Judgment; Record; Proof of Service.*— A default judgment against a corporation cannot be sustained where the record fails to show that proof was made to the court that the person served with summons was such an officer or agent of the corporation as was by law authorized to receive service on its behalf at the time of such service.

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

Assumpsit by Sifney Hart against the Rarden Mercantile Company. Judgment for plaintiff by default, and defendant appeals. Reversed and remanded.

THOMPSON & THOMPSON, for appellant. Proof of service was not shown by the record in such a sense as to support a default judgment against the corporation.— *Roman v. Morgan,* 162 Ala. 133; *Oxanna Assn. v. Agee,* 99 Ala. 591.

KERR & HALEY, for appellee. The service was on the proper officer and is sufficiently shown by the record.— *Hoffman v. A. E. & F. Co.,* 124 Ala. 542.

SOMERVILLE, J.—There was judgment by default against the defendant, appellant, the Rarden Mercantile Company, a corporation. The record fails to show that proof was made to the court that the person on whom the summons was served was, at the time of such service, such an officer or agent of the defendant as was by law authorized to receive service on behalf of the defendant.—*Oxanna, etc., Ass'n v. Agee,* 99 Ala. 571, 13 South. 279; *Hoffman v. A. D. & F. Co.,* 124 Ala. 542, 27 South. 485; *Roman v. Morgan,* 162 Ala. 133, 50 South. 273.

For this omission, the judgment must be reversed.

Reversed and remanded.

ANDERSON, C. J., and MAYFIELD and GARDNER, JJ., concur.